# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

| | | |
|---|---|---|
| JANE DOE (S.J.C.) an individual,<br><br>Plaintiff,<br><br>v.<br><br>G6 HOSPITALITY, L.L.C.; G6 HOSPITALITY IP, L.L.C.; G6 HOSPITALITY PROPERTY, L.L.C.; G6 HOSPITALITY PURCHASING, L.L.C.; G6 HOSPITALITY FRANCHISING, L.L.C.; MOTEL 6 OPERATING, L.P.; and LEXICON HOSPITALITY, LLC,<br><br>Defendants. | ) | Civil Action No.:<br><br>9:24-CV-00104 |

**DECLARATION OF MOHAMMED SADRUL AMIN**

1.

I am Mohammed Sadrul Amin. I am over 21 years old, under no legal disability, and I make this Declaration based on my own, personal knowledge of the facts set forth herein, for all purposes permitted by law.

2.

I was the President of Lexicon Hospitality, LLC ("Lexicon") until its dissolution on or about October 28, 2022.

3.

At all times relevant to the above-captioned matter, Lexicon was a limited liability company organized under the laws of the State of Georgia.

4.

At all times relevant to the above-captioned matter, Lexicon maintained its principal place of business in Georgia.

5.

At all times relevant to the above-captioned matter, Lexicon maintained its only office and registered agent in Georgia.

6.

At all times relevant to the above-captioned matter, all of Lexicon's operations were conducted solely within the State of Georgia.

7.

At all times relevant to the above-captioned matter, all employees of Lexicon conducted their duties as Lexicon employees, within the State of Georgia.

8.

At all times relevant to the above-captioned matter, all of Lexicon's revenues derived from its regular business activities taking place within the State of Georgia.

9.

Lexicon has never owned any real or personal property, including accounts with financial institutions, in Texas.

10.

Lexicon has never engaged in marketing or advertising within Texas or directed to residents of Texas.

11.

Lexicon's only association with Texas was its contractual relationship with the co-defendants in this matter based upon a Franchise Agreement.

12.

The sole subject of the Franchise Agreement was the operation of the Motel 6 located at 2360 Delk Road, Marietta, GA 30067.

13.

Pursuant to 28 U.S.C. § 1746, I, Mohammed Sadrul Amin, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

9/26/2024

Dated this _____ day of September, 2024.

DocuSigned by:

Sadrul Amin

868A7D2B2E5F4BE

Mohammed Sadrul Amin